Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
  jml@manningllp.com
Tanya Prouty, Esq. (State Bar No. 309650)
  tlp@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant Kohl's Department Stores, Inc.

Dmitri N. Chtyrev, Esq. (SBN 266591)
WESTSIDE PERSONAL INJURY LAW CENTER
8500 Wilshire Blvd., Suite 918
Beverly Hills, CA 90211
Tel: 310-855-1828
Fax: 310-855-1814
DChtyrev@westsidelawcenter.com

Attorneys for Plaintiff TOMAS CASTILLO



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TOMAS CASTILLO,<br><br>       Plaintiff,<br><br>       v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 to 20, ,<br><br>       Defendant. | Case No. **8:19-cv-00172-JVS-ADS**<br><br>**ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Pursuant to the stipulation of the parties, the Court hereby dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED

DATED: _3/26/20_____          By:_____
                                            United States District Judge
                                            James V Selna